May Term,

THE STATE on the relation of LONG v. EWING.          1858.

ORR
v.
APPEAL from the *Jackson* Circuit Court.          WORDEN.

*Per Curiam.*—Final judgment below upon a demurrer
sustained, and no exception taken. There is no question *Saturday,*
*June 26.*
before this Court.

The judgment is affirmed with costs.

*C. L. Dunham* and *F. Emerson*, for the appellant.

———————

ORR *v.* WORDEN.

| 10 553 |
| Case 2 |
| 158 360 |

APPEAL from the *Switzerland* Court of Common Pleas. *Saturday,*

*Per Curiam.*—This was an action commenced before a *June 26.*
justice of the peace, by *Joseph Orr*, upon an account which
*Worden* had made with *John Orr*, and which was by him
assigned to *Joseph*, without recourse.

The plaintiff had judgment before the justice. The de-
fendant appealed to the Common Pleas, where, on motion,
the case was dismissed. The reasons for the motion were
filed in writing, which were, that the suit was based upon
an assigned, open, unliquidated account, and that the same
was not assignable so as to enable the assignee to sue in
his own name.

The dismissal, it appears by an entry, was excepted to,
but no bill of exceptions was taken.

The written reasons, which the party saw proper to file
for his motion to dismiss, were not a necessary part of the
record to be made by the clerk, and could only be made so
by a bill of exceptions. As no such bill was taken, the
reasons for the dismissal are not legally before us, and we
will presume that the ruling was right (1).

The judgment is affirmed with costs.

*S. Carter*, for the appellant.

*R. N. Lamb*, for the appellee.

(1) See 2 Blackf. 338, 402; 3 *id.* 362.